MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> ROYAL ESTATES OWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-00746-RFB-CWH <br><br> **NOTICE OF DISASSOCIATION** |

PLEASE TAKE NOTICE that Bank Of America, N.A., hereby provides notice that Allison R. Schmidt , Esq., is no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

{41884608;1}                1

Akerman LLP continues to serve as counsel for Bank Of America NA in this action. All future correspondence and papers in this action should continue to be directed Melanie D. Morgan, Esq. and Jamie K. Combs, Esq. receive all future notices.

Respectfully submitted, this 30th day of May, 2017.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
Jamie K. Combs ESQ.
Nevada Bar No. 13088
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

**COURT APPROVAL**

IT IS SO ORDERED.

Date: May 31, 2017

_____
UNITED STATES MAGISTRATE JUDGE

{41884608;1}  2

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2017.pursuant to FRCP 5(b)(2)(E), I caused service of a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** to be made electronically via the U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system for filing and transmittal to all interested parties

| | |
|---|---|
| Christopher V. Yergensen, Esq.<br>**Nevada Association Services, Inc.**<br>6224 West Desert Inn Rd.<br>Las Vegas, NV 89146<br>*Attorney for Defendant Nevada Association Services, Inc.* | Sean L. Anderson, Esq.<br>Timothy C. Pittsenbarger, Esq.<br>**Leach Johnson Song & Gruchow**<br>8945 W. Russell Rd., Ste. 330<br>Las Vegas, NV 891148<br>*Attorneys for Defendant Royal Estates Owners Association* |
| Diana Cline Ebron, Esq.<br>Howard C. Kim, Esq.<br>**Kim Gilbert Ebron**<br>7625 Dean Martin Dr., Ste. 110<br>Las Vegas, NV 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | |

                                                    */s/ Doug J. Layne*_____
                                                    An employee of AKERMAN LLP

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572