Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>ROYAL ESTATES OWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; AND NEVADA ASSOCIATION SERVICES, INC,<br><br>Defendants. | Case No.: 2:16-cv-00746-RFB-DJA<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO STAY PROCEEDINGS** |

PLEASE TAKE NOTICE that Bank of America, N.A. ("BANA") and SFR Investments Pool 1, LLC ("SFR") have reached a settlement that includes multiple properties, including the Property at issue in this case. The settlement will resolve all claims between SFR and BANA.

Based on the confidential settlement agreement, BANA and SFR have agreed to stay the litigation to allow for the parties to perform a condition precedent to the settlement. This will also provide an opportunity for BANA to discuss the potential for settlement as to its claims against Royal Estate Owners Association (the "Association").

Accordingly, BANA, SFR and the Association (collectively the "Parties") hereby stipulate to vacate the current dispositive motion deadline of June 8, 2020, and to stay further proceedings in this case for ninety (90) days to finalize the settlement. The Parties agree that either party may

- 1 -

1  move to lift the stay before the expiration of the ninety days if they determine the circumstances

2  justify doing so. The parties further request the court set a deadline for filing a status report

3  regarding the settlement for ninety (90) from the entry of this Stipulation and Order. This request

4  to stay is being made in the interest of preserving judicial resources and, as set forth above, on the

5  basis of a material term of the Settlement Agreement.

| DATED this 4th day of June, 2020.<br><br>**KIM GILBERT EBRON**<br><br>*/s/ Jacqueline A. Gilbert*<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Phone: 702-485-3300<br>E-mail: jackie@kgelegal.com<br><br>*Attorneys for SFR Investments Pool 1, LLC* | DATED this 4th day of June, 2020.<br><br>**AKERMAN LLP**<br><br>*/s/ Scott R. Lachman*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>E-mail: ariel.stern@akerman.com<br>E-mail: scott.lachman@akerman.com<br>*Attorneys for Bank of America, N.A.* |
|---|---|
| | DATED this 4th day of June, 2020.<br><br>**LEACH KERN GRUCHOW ANDERSON SONG**<br><br>*/s/ Timothy C. Pittsenbarger*<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>TIMOTHY C. PITTSENBARGER, ESQ<br>Nevada Bar No. 13740<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128<br>Phone: 702-538-9074<br>E-mail: sanderson@lkglawfirm.com<br>E-mail: cpittsenbarger@lkglawfirm.com<br>*Attorneys for Royal Estates Owners Association* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  5th day of June, 2020.

- 2 -