ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br> v. <br><br> ROYAL ESTATES OWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-00746-RFB-DJA <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Darren T. Brenner, Esq. is no longer associated with the law firm of Akerman LLP and requests that Mr. Brenner be removed from the service list.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

54199994;1

Akerman LLP continues to serve as counsel for Bank of America, N.A. in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and Scott R. Lachman, Esq.

DATED this 12th day of August, 2020.

**AKERMAN LLP**

*/s/ Scott R. Lachman*

ARIEL E. STERN, ESQ.
Nevada Bar No. 8267
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: August 13, 2020

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:16-cv-00746-RFB-DJA

54199994;1