ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> ROYAL ESTATES OWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-00746-RFB-DJA <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

PLEASE TAKE NOTE that Bank of America, N.A., Royal Estates Owners Association, SFR Investments Pool 1, LLC, and Nevada Association Services, Inc. agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

{54846817}

Each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

DATED this 12th day of October, 2020.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/ Scott R. Lachman<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | /s/ Jacqueline A. Gilbert<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |
| **LEACH KERN GRUCHOW ANDERSON SONG** | **NEVADA ASSOCIATION SERVICES, INC.** |
| /s/ Timothy C. Pittsenbarger<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7529<br>TIMOTHY C. PITTSENBARGER, ESQ.<br>Nevada Bar No. 13740<br>2525 Box Canyon Dr.<br>Las Vegas, NV 89128<br><br>*Attorneys for Royal Estates Owners Association* | /s/ Brandon E. Wood<br>BRANDON E. WOOD, ESQ.<br>Nevada Bar No. 12900<br>6625 S. Valley View Boulevard, Suite 300<br>Las Vegas, NV 89118<br><br>*Attorneys for Nevada Association Services, Inc.* |

**ORDER**

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 12th day of October, 2020.

{54846817}                    2